No. 66396.—Charles C. Merzbach et al. *v.* United States, protests 298893–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of "Faller Houses and Kits" similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 C.C.P.A. 137, C.A.D. 746), the claim of the plaintiffs was sustained.